AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

KENNETH DALE KLYM,

        Petitioner,

        v.

ELDON VAIL, et al,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-5041-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Mr. Klym's Petition for Writ of Habeas Corpus (Ct. Rec. 1) is DENIED. In accordance with Rule 11 of the Rules Governing 2254 and 2255 cases, this court GRANTS a certificate of appealability in this matter on the constitutional issue of the right to self-representation and the related issue of lack of meaningful access to the courts during the period of self-representation, the court finding that constitutional issues exist that jurists of reason would find debatable. Case closed.

| | |
|---|---|
| April 2, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |